IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARLENE PORTILLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-00154 |
| | § | **JURY** |
| THE KROGER CO. | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant The Kroger Co. ("Kroger") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing the above-captioned case to the United States District Court for the Southern District of Texas, Houston Division. The grounds for removal are as follows:

### I. Introduction

1. Plaintiff Marlene Portillo ("Plaintiff"), at the time this action was commenced, was, and still is, a resident and citizen of Texas.

2. Kroger, at the time this action was commenced, was, and still is, a corporation formed under the laws of Ohio and headquartered in Ohio.

3. Plaintiff claims that on or about June 9, 2021, she was shopping at the Kroger store located at 2150 Spring Stoner in Spring, Texas 77389 when she slipped and fell on a clear like substance. Plaintiff's Original Petition at pp. 2. Plaintiff contends that she has suffered severe injuries as a result of same. *Id.*

4. On or about December 10, 2021, Plaintiff commenced a lawsuit in the 151th Judicial District Court of Harris County, Texas, Cause No. 2021-80501, styled *Marlene Portillo v. Kroger Texas, L.P. Id.* at p. 1. Defendant was served on or about December 17, 2021.

5. Plaintiff avers, inter alia, that Kroger was negligent in failing to maintain its premises, among other things. *Id*. at p. 2-3. Consequently, Plaintiff seeks to recover damages for negligence. *Id*.

## II.  Grounds for Removal

**A.   Complete Diversity of Citizenship Exists Between the Parties and the Amount in Controversy Exceeds $75,000.00.**

6. Plaintiff is a citizen and resident of Texas.  Kroger is a citizen and a resident of Ohio.  Thus, the parties are completely diverse.  *See* 28 U.S.C. § 1332(a).

7. Plaintiff is seeking in excess damages in excess of $75,000.00. In particular, Plaintiff's petition seeks "monetary relief over $250,000.00 but not more than $1,000,000.00". *See* Plaintiff's Original Petition at p. 1.  Therefore, the amount in controversy exceeds $75,000.00.

**B.   Venue is Proper in This Division and in This District.**

8. Plaintiff filed this action in Harris County, Texas.  The Houston Division of the Southern District of Texas encompasses Harris County, Texas.  Thus, this district and division embrace the place where the state court action is pending.  *See* 28 U.S.C. §1441(a).

## III.  Procedural Requirements for Removal

9. This Notice of Removal is filed within thirty days of the date on which Defendant received the summons and complaint.  Thus, this Notice of Removal is timely.  *See* 28 U.S.C. § 1446(b).

10. Copies of all processes, pleadings, and orders have been filed separately with this Court. *See* 28 U.S.C. § 1446(a).

11. Pursuant to Local Rule 81 of the Southern District of Texas, the following documents are attached to this Notice of Removal: copy of all processes, attached hereto as Exhibit "A"; all pleadings and orders signed by the Judge attached hereto as Exhibit "B"; an Index of Matters Being Filed, attached hereto as Exhibit "C"; and a list of all Counsel of Record, including addresses, telephone numbers and parties represented is attached hereto as Exhibit "D".

12. A copy of this Notice of Removal will be filed with the Harris County District Clerk's office promptly and will be served on Plaintiff promptly. *See* 28 U.S.C. § 1446(d); *see also Nixon v. Wheatley*, 368 F. Supp. 2d 635, 640 (E.D. Tex. 2005) (Crone, J).

13. The filing fee has been paid to the Clerk.

14. Defendant hereby requests a trial by jury.

## IV. Prayer

15. WHEREFORE, PREMISES CONSIDERED, Defendant Kroger prays that the above-styled action now pending in the 151st Judicial District Court of Harris County, Texas be removed there from to this Honorable Court.

16. This Notice of Removal is filed subject to and without waiver of any defenses or objections to Plaintiff's Original Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law.

Respectfully submitted,

**GERMER PLLC**

By: \_\_/s/ Valerie Ly w/ permission
      Troy A. Williams

State Bar No. 00788678
Federal I.D. No. 19043
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: twilliams@germer.com

**LEAD ATTORNEY FOR DEFENDANT KROGER CO.**

**OF COUNSEL:**
Valerie L. Ly
State Bar No. 24053692
Federal I.D. No. 2387134
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: vly@germer.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on January 14, 2022 to all counsel of record, as follows:

cngo@millerweisbrod.com
Christopher Ngo
Law Office of
Domingo Garcia, LLP
12929 Gulf Freeway
Houston, Texas 77034
*Attorney for Plaintiff*

/s/ Valerie Ly
Valerie Ly

4