United States District Court
Southern District of Texas
**ENTERED**
October 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MARLENE PORTILLO, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-0154 |
| THE KROGER CO., | § § | |
| Defendant. | § § | |

### ORDER

On October 11, 2022, the Parties filed a Notice of Settlement (docket no. 13) announcing that a settlement has been reached in this action between Plaintiff, Marlene Portillo, and Defendant, The Kroger Co. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within sixty (60) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 11th day of October, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE